

FILED
2005 APR 29 P 2:47
U.S. DISTRICT COURT
NEW HAVEN CT

D. Conn.
00-cr-227
Underhill, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 6th day of April two thousand and five,

Present:

> Hon. Wilfred Feinberg,
> Hon. Robert D. Sack,
> Hon. Robert A. Katzmann,
> > *Circuit Judges.*

United States of America,

> Appellee,

v.                                                                        02-1694-cr

Frank Estrada, *et al.*

> Defendants,

Felipe Santana, also known as Omar,

> Defendant-Appellant.

---

Michael S. Hillis, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The Government opposes the *Anders* motion and moves to remove Hillis as Appellant's counsel and have new counsel appointed to represent Appellant on appeal. Upon due consideration, it is ORDERED that the motions are denied without prejudice to renewal. Pursuant to *United States v. Crosby*, 397 F.3d 103, 118-20 (2d Cir. 2005), the case is remanded to the district court for the district court to consider whether to resentence Appellant, after considering the currently applicable statutory requirements as explicated in *United States v. Booker*, __U.S.__, 125 S.Ct.



—ISSUED AS MANDATE: 4/6/05

738, 764 (2005), and *Crosby*. This Court's Clerk's Office shall issue the mandate forthwith, pursuant to *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994). Jurisdiction over the appeal will be automatically restored to this Court, without the need for a new notice of appeal, if the parties notify this Court's Clerk's Office within ten days of the district court's decision. Appellant may avoid resentencing by promptly notifying the district court that resentencing is not sought.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

sao/nbs

FILED

2005 APR 29 P 2: 47

D. Conn.
00-cr-227
Underhill, J.

# United States Court of Appeals
## FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 6th day of April two thousand and five,

Present:

    Hon. Wilfred Feinberg,
    Hon. Robert D. Sack,
    Hon. Robert A. Katzmann,
        *Circuit Judges.*



United States of America,

           Appellee,

v.                                  02-1694-cr

Frank Estrada, *et al.*

           Defendants,

Felipe Santana, also known as Omar,

           Defendant-Appellant.

THIS MANDATE, CONSISTING OF THE ITEMS BELOW, HAS BEEN RECEIVED:
( ) OPINION    ( ) STATEMENT OF COSTS
(X) ORDER     DATE: _____
RECEIVED BY: _____

---

Michael S. Hillis, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The Government opposes the *Anders* motion and moves to remove Hillis as Appellant's counsel and have new counsel appointed to represent Appellant on appeal. Upon due consideration, it is ORDERED that the motions are denied without prejudice to renewal. Pursuant to *United States v. Crosby*, 397 F.3d 103, 118-20 (2d Cir. 2005), the case is remanded to the district court for the district court to consider whether to resentence Appellant, after considering the currently applicable statutory requirements as explicated in *United States v. Booker*, __U.S.__, 125 S.Ct.