# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

**FILED**
2005 NOV -1 P 12: 35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:00 CR 227 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

USA vs ~~Rafael~~ Felipe Santana

| | |
|---|---|
| 11/1/05 | /s/ Carlos Candal |
| **Date** | **Signature** |
| CT 18667 | Carlos Candal |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203 562-3000 | 205 Church St |
| **Telephone Number** | **Address** |
| 203 772-3726 | New Haven, CT 06510 |
| **Fax Number** | |
| Candal_Law@yahoo.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

AUSA Alina Reynolds
915 Lafayette Blvd
Bridgeport, CT

/s/ Carlos Candal
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24