UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:00CR227 (SRU) |
| VS. | : | |
| | : | |
| FELIPE SANTANA | : | MARCH 13, 2006 |

## MOTION FOR PERMISSION TO SUBMIT INTERIM BILLING

The Defendant, FELIPE SANTANA, respectfully requests that his counsel be authorized to submit interim voucher:

In support of this motion:

1. Felipe Santana was arrested in December 1999, and after a jury trial, was convicted and sentenced on October 7, 2002 to fifteen years of incarceration to run concurrent with this State Court sentence.

2. Mr. Santana is indigent and undersigned counsel has been appointed to represent him pursuant to the Criminal Justice Act, 18 U.S.C. §3006A et seq.

3. The undersigned believes that due to the complexity of this matter, that this case will continue for a lengthy period of time.

4. It will be a hardship for undersigned counsel to wait until the conclusion of the matter to submit a voucher.

5. Whereof, it is submitted good cause exists for granting this request.

            Respectfully Submitted
            THE DEFENDANT
            FELIPE SANTANA

            BY_____

>CARLOS E. CANDAL
>Federal Bar No. ct18667
>Law Offices of Carlos E. Candal, LLC
>205 Church Street, Suite 306
>New Haven, CT 06510
>(203) 562-3000
>FAX: (203) 772-3726
>His Attorney

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing motion was mailed on this date to the following:

A.U.S.A. Alina Reynolds
915 Lafayette Blvd.
Bridgeport, CT 06604

Felipe Santana
Inmate # 14056-014
Federal Correctional Institution
McKean
P.O. Box 8000
Bradford, PA 16701

_____
Carlos E. Candal, Esq.