UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 3:00CR227 (SRU) |
| VS. | : | |
| | : | |
| FELIPE SANTANA | : | FEBRUARY 20, 2007 |

**MOTION TO RECONSIDER RULING AND ORDER REGARDING REQUEST FOR RESENTENCING**

Now comes the defendant, FELIPE SANTANA, by and through his attorney, Carlos E. Candal, and hereby respectfully requests this Honorable Court to reconsider its Ruling and Order and re-sentence the defendant to a non-trivially different sentence, for the following reasons:

1. The Court of Appeals previously issued an Order to have the Defendant's case remanded to this Court to determine if it would have imposed a non-trivially different sentence if the Sentencing Guidelines had been advisory.

2. On March 13, 2006, the Defendant filed a Sentencing Memorandum in support of his request to have this Court re-sentence him.

3. On December 13, 2006 this Honorable Court denied the defendant's request for re-sentencing indicating that "Based upon that review, I have decided that I would not have sentenced Santana to a non-trivially different

sentence had the Sentencing Guidelines been advisory at the time of his initial sentencing".

4. Having received this decision, the Defendant respectfully requests that this Honorable Court reconsider its previous decision to deny his request and reconsider whether it would have imposed a non-trivially different sentence.

WHEREFORE, Counsel prays that his Motion for Reconsideration be granted, and that he be given the opportunity to provide this Court with any additional memorandums needed in support of this request.

        Respectfully Submitted
        THE DEFENDANT
        FELIPE SANTANA

BY_____

        CARLOS E. CANDAL
        Federal Bar No. ct18667
        Law Offices of Carlos E. Candal, LLC
        205 Church Street, Suite 306
        New Haven, CT 06510
        (203) 562-3000
        FAX: (203) 772-3726
        His Attorney

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing motion was mailed on this

_____ of February, 2007 to the following:

A.U.S.A. Alina Reynolds
915 Lafayette Blvd.
Bridgeport, CT 06604

Felipe Santana
Inmate # 14056-014
Gilmer Federal Correctional Institution
P.O. Box 6000
Glenville, WV 26351


_____
Carlos E. Candal, Esq.