RECEIVED

APR 1 3 2007

40/cw
4/4/07

Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

Connecticut District of Bridgeport

United States of America

v.

Felipe Santana

Docket No.: 3:00 CR 227 (SRV)

Hon. Stefan Underhill
(District Court Judge)

Notice is hereby given that Felipe Santana appeals to the United States Court of Appeals for the Second

Circuit from the judgment [ X ], other [ X ] Resentencing/Conviction

entered in this action on March 26,2007(Reconsideration)
December 13,2006(Resentencing)
November 30,2001(Conviction) (specify)
October 11,2002(Sentence)

Offense occurred after November 1, 1987      Yes [___]  No [___]

This appeal concerns: Conviction only [___]      Sentence only [___]      Conviction and Sentence [ X ]

Date March 27, 2007
TO

Carlos E. Candal
(Counsel for Appellant)

Address 205 Church Street

New Haven, CT 06510

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: 203-562-3000

**TO BE COMPLETED BY ATTORNEY**

► QUESTIONNAIRE

TRANSCRIPT INFORMATION - FORM B

► TRANSCRIPT ORDER

► DESCRIPTION OF PROCEEDINGS
FOR WHICH TRANSCRIPT IS
REQUIRED (INCLUDE DATE)

[ X ] I am ordering a transcript
[___] I am not ordering a transcript
Reason
[___] Daily copy is available
[___] U.S. Attorney has placed order
[___] Other. Attach explanation

Prepare transcript of
[___] Prepare proceedings
[ X ] Trial
[ X ] Sentencing
[___] Post-trial proceedings

Dates

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment      [___] Funds [___]      CJA Form 24 [ X ]      ►

ATTORNEY'S SIGNATURE        *Carlos Candal*        DATE March 27, 2007

► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forwarded to
Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____ | |
| | Signature _____ | |
| | (Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV 8-95