# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

# FILED

DOCKET NO. 3:00-cr-00227-SRU-21
USCA NO. 07-4662-cr

CASE TITLE  United States v. Estrada, et.al. (Felipe Santana)

## INDEX TO THE RECORD ON APPEAL

<table>
<tr><td></td><td>DOCUMENT NUM</td></tr>
<tr><td>Superceding Indictment</td><td>21</td></tr>
<tr><td>Second Superceding Indictment</td><td>131</td></tr>
<tr><td>Third Superceding Indictment</td><td>473</td></tr>
<tr><td>Verdict Form</td><td>795</td></tr>
<tr><td>Sentencing Rights Hearing</td><td>802</td></tr>
<tr><td>Transcript of Proceedings    11/13/01-11/20/01</td><td>816-820</td></tr>
<tr><td>Transcripts of Proceedings    11/13/01-11/28/01</td><td>831-836</td></tr>
<tr><td>Sentencing Memorandum by USA</td><td>992</td></tr>
<tr><td>Sentencing Memorandum by USA</td><td>1015</td></tr>
<tr><td>Sentencing as to Felipe Santana</td><td>1126</td></tr>
<tr><td>Judgment as to Felipe Santana</td><td>1133</td></tr>
<tr><td>Notice of Appeal by Felipe Santana</td><td>1139</td></tr>
<tr><td>Transcript of Sentence-Felipe Santana</td><td>1164</td></tr>
<tr><td>Transcript of Motions-Felipe Santana</td><td>1167</td></tr>
<tr><td>Sentencing Memorandum on Remand-Felipe Santana</td><td>1467</td></tr>
<tr><td>Post-Booker Memorandum as to Felipe Santana by USA</td><td>1498</td></tr>
<tr><td>Ruling and Order Regarding Request for Re-sentencing-Felipe Santana</td><td>1560</td></tr>
<tr><td>Motion for Reconsideration by Felipe Santana</td><td>1576</td></tr>
<tr><td>Notice of Appeal by Felipe Santana</td><td>1580</td></tr>
<tr><td>USCA Scheduling Order as to Felipe Santana</td><td>1598</td></tr>
</table>