# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

# FILED

DOCKET NO. 3:00-cr-00227-SRU-21

USCA No. 07-4662-cr

CASE TITLE  United States v. Estrada, et.al. (Felipe Santana)

## INDEX TO THE RECORD ON APPEAL

| | DOCUMENT NUM |
|---|---|
| Superceding Indictment | 21 |
| Second Superceding Indictment | 131 |
| Third Superceding Indictment | 473 |
| Verdict Form | 795 |
| Sentencing Rights Hearing | 802 |
| Transcript of Proceedings    11/13/01-11/20/01 | 816-820 |
| Transcripts of Proceedings    11/13/01-11/28/01 | 831-836 |
| Sentencing Memorandum by USA | 992 |
| Sentencing Memorandum by USA | 1015 |
| Sentencing as to Felipe Santana | 1126 |
| Judgment as to Felipe Santana | 1133 |
| Notice of Appeal by Felipe Santana | 1139 |
| Transcript of Sentence-Felipe Santana | 1164 |
| Transcript of Motions-Felipe Santana | 1167 |
| Sentencing Memorandum on Remand-Felipe Santana | 1467 |
| Post-Booker Memorandum as to Felipe Santana by USA | 1498 |
| Ruling and Order Regarding Request for Re-sentencing-Felipe Santana | 1560 |
| Motion for Reconsideration by Felipe Santana | 1576 |
| Notice of Appeal by Felipe Santana | 1580 |
| USCA Scheduling Order as to Felipe Santana | 1598 |